| | |
|---|---|
| Christian Brown (SBN 233147)<br>cbrown@orrick.com<br>ORRICK HERRINGTON & SUTCLIFFE LLP<br>405 Howard Street<br>San Francisco, California 94105<br>Telephone:   415.773.5700<br>Facsimile:    415.773.5759<br><br>Joseph C. Liburt (SBN 155507)<br>jliburt@orrick.com<br>ORRICK HERRINGTON & SUTCLIFFE LLP<br>1000 Marsh Road<br>Menlo Park, California 94025<br>Telephone:   650.614.7447<br>Facsimile:    650.614.7401<br><br>Attorneys for Defendants,<br>KMART CORPORATION and<br>SEARS HOLDINGS MANAGEMENT CORPORATION | Shaun Setareh (SBN 204514)<br>shaun@setarehlaw.com<br>Tuvia Korobkin (SBN 268066)<br>tuvia@setarehlaw.com<br>Neil Larsen (SBN 276490)<br>neil@setarehlaw.com<br>SETAREH LAW GROUP<br>9454 Wilshire Blvd., Suite 907<br>Beverly Hills, California 90212<br>Telephone:   310.888.7771<br>Facsimile:    310.888.7771<br><br>Attorneys for Plaintiff,<br>KERRY MILL |

**UNTITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KERRY MILL, on behalf of herself, all others similarly situated, and the general public,<br><br>*Plaintiff*,<br><br>vs.<br><br>KMART CORPORATION, an Illinois corporation; SEARS HOLDINGS MANAGEMENT CORPORATION, a Delaware corporation; and DOES 1-50, inclusive,<br><br>*Defendants*. | Case No: 14-cv-2749 KAW<br><br>**JOINT STIPULATION  TO GRANT PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT**<br><br>[Fed. R. Civ. Proc. § 15(a)(2)-(3)]<br><br>**[PROPOSED] ORDER LODGED CONCURRENTLY**<br><br>Action Filed: May 13, 2014 |

## JOINT STIPULATION

This Stipulation is made by and between plaintiff Kerry Mills ("Plaintiff") and defendants Kmart Corporation, an Illinois corporation, and Sears Holdings Management Corporation, a Delaware corporation, ("Defendants"), through their respective counsel of record, with reference to the following facts:

WHEREAS, on May 13, 2014, Plaintiff filed the original complaint in the action alleging wage and hour violations of California Labor Code against Defendants;

WHEREAS, the parties have met and conferred regarding Plaintiff's intention to add a cause of action for Civil Penalties under the Private Attorney General Act of 2004, Labor Code §§ 2698, *et seq.*, ("PAGA");

WHEREAS, Plaintiff and Defendant (collectively "the Parties") have agreed that Plaintiff may file the [Proposed] First Amended Complaint, which is attached as Exhibit "A" to this Stipulation, for the purpose of adding a cause of action for Civil Penalties under PAGA;

WHEREAS, the Parties have agreed that Defendants shall have up to 14 days after this Court approves this Stipulation to file any response to Plaintiff's [Proposed] First Amended Complaint;

WHEREAS, the Parties have agreed that Plaintiff's motion for remand and Defendant's motion to compel arbitration be due September 2, 2014;

WHEREAS, the Parties have agreed that any oppositions to their respective motions be due September 16, 2014;

WHEREAS, the Parties have agreed that any replies to opposition of their respective motions be due September 23, 2014; and

WHEREAS, the Parties have agreed that, except as otherwise stated, nothing in this Stipulation shall operate as a waiver of any rights they may have in this action.

///

NOW, THEREFORE, the Parties hereby stipulate and agree as follows:

1. Pursuant to Rule 15(a)(2)-(3) of the Federal Rules of Civil Procedure. Plaintiff is granted leave of court to file the [Proposed] First Amended Complaint attached as Exhibit A to this Stipulation. The [Proposed] First Amended Complaint will be deemed filed and served as of the date on the Order granting this Stipulation.

2. Defendants shall have up to 14 days after this Court approves this Stipulation to file any response to Plaintiff's [Proposed] First Amended Complaint.

3. The Parties shall have until September 2, 2014 to file Defendants' motion to compel arbitration and Plaintiff's motion for remand.

4. The Parties shall have until September 16, 2014 to file any oppositions, and the Parties shall have until September 23, 2014 to file any replies.

5. Except as otherwise stated, nothing in this Stipulation shall operate as a waiver of any rights that either Plaintiff or Defendants may have in this action.

IT IS SO STIPULATED.

Dated: July 29, 2013          ORRICK HERRINGTON & SUTCLIFFE LLP


By: _____/s/ Joseph Liburt_____
      Joseph C. Liburt
      Attorneys for Defendants,
      Kmart Corporation and
      Sears Holdings Management
      Corporation

Dated: July 29, 2013          SETAREH LAW GROUP

By: _____/s/ Shaun Setareh_____
      Shaun Setareh
      Attorneys for Plaintiff,
      Kerry Mill

1
2
3
4
5
6
7
8

**UNTITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KERRY MILL, on behalf of herself, all others similarly situated, and the general public,<br><br>*Plaintiff*,<br><br>vs.<br><br>KMART CORPORATION, an Illinois corporation; SEARS HOLDINGS MANAGEMENT CORPORATION, a Delaware corporation; and DOES 1-50, inclusive,<br><br>*Defendants*. | Case No: 3:14-cv-14-2749 KAW<br><br>**[PROPOSED] ORDER RE: JOINT STIPULATION TO GRANT PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT**<br><br>[Fed. R. Civ. Proc. § 15(a)(2)-(3)]<br><br>Action Filed: May 13, 2014 |

**ORDER**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Having considered the Stipulation between counsel for plaintiff Joan Myles ("Plaintiff") and defendants Kmart Corporation, an Illinois corporation, and Sears Holdings Management Corporation, a Delaware corporation, ("Defendants"), to grant Plaintiff leave to file a First Amended Complaint, and good cause appearing therefore, this Court hereby ORDERS:

1.Pursuant to Rule 15(a)(2)-(3) of the Federal Rules of Civil Procedure, the [Proposed] First Amended Complaint is hereby deemed filed and served pursuant to the Stipulation between Plaintiff and Defendants.

2.Defendants shall have up to 14 days after this Court approves this Stipulation to file any response to Plaintiff's [Proposed] First Amended Complaint.

3.The Parties shall have until September 2, 2014 [or: _____] to file Defendants' motion to compel arbitration and Plaintiff's motion for remand.

4.The Parties shall have until September 16, 2014 [or:_____] to file any oppositions, and the Parties shall have until September 23, 2014 [or:_____] to file any replies.

5.Nothing in this Order shall operate as a waiver of any rights that either Plaintiff or Defendants may have in this action.

IT IS SO ORDERED.

Dated: ___8/11_____, 2014By: ___*Kandis Westmore*_____
HONORABLE KANDIS A. WESTMORE
U.S. Magistrate Judge