United States District Court<br>Northern District of California

1
2
3
4       UNITED STATES DISTRICT COURT
5       NORTHERN DISTRICT OF CALIFORNIA
6
7   KERRY MILL,                                Case No. 14-cv-02749-KAW
            Plaintiff,
8                                              ORDER RE CHAMBERS COPIES
        v.
9                                              Dkt. No. 11
    KMART CORPORATION, et al.,
10
            Defendants.
11
12
13       PLEASE TAKE NOTICE that the chambers copy of Defendants' Motion to Compel

14   Arbitration and Stay Action was submitted in a format that is not usable by the court.

15       The chambers copy is not usable because it

16   ☐   consists of a stack of loose paper wrapped with a rubber band;

17   ☐   consists of a stack of loose paper fastened with a binder clip or a paper clip;

18   ☐   is too thick to permit secure fastening with a staple, and is fastened with a brad-
19       type fastener that is too short for the thickness of the document;

20   ☒   has no tabs for the exhibits;

21   ☒   includes exhibits that are illegible;

22   ☐   includes exhibits that are unreadable because the print is too small;

23   ☐   includes text and/or footnotes in a font smaller than 12 point;

24   ☐   includes portions or exhibits that are redacted because the submitting party has
25       requested leave to file those portions under seal; or

26   ☐   is not usable for another reason –

27
28

The paper used for the above-described chambers copy has been recycled by the court. No later than September 10, 2014, Defendants shall submit a chambers copy in a format that is usable by the court.

IT IS SO ORDERED.

Dated: September 3, 2014

_____
KANDIS A. WESTMORE
United States Magistrate Judge

2