# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KERRY MILL, on behalf of herself, all others similarly situated, and the general public, <br><br> *Plaintiff*, <br><br> vs. <br><br> KMART CORPORATION, an Illinois corporation; SEARS HOLDINGS MANAGEMENT CORPORATION, a Delaware corporation; and DOES 1-50, inclusive, <br><br> *Defendants*. | Case No. 3: 14-cv-14-2749 KAW <br><br> ORDER CONTINUING THE (1) CASE MANAGEMENT CONFERENCE AND THE (2) HEARING RE: DEFENDANTS' MOTION TO COMPEL ARBITRATION AND STAY ACTION; (3) MODIFYING THE BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO COMPEL ARBITRATION AND STAY ACTION; AND (4) ALLOWING DEFENDANT AN EXTENSION TO FILE ITS RESPONSIVE PLEADING TO PLAINTIFF'S FIRST AMENDED COMPLAINT |

After a showing of good cause, the Parties' Stipulation is GRANTED.

The Court GRANTS the following:

a) to continue the hearing on the Motion to Compel Arbitration and Stay Action to November 20, 2014;

b) to continue the Case Management Conference to November 25, 2014;

c) to allow Defendants to file its answer to Plaintiff's First Amended Complaint by September 12, 2014;

d) to allow Plaintiff to file its Opposition to Defendant's Motion to Compel Arbitration by September 23, 2014.

IT IS SO ORDERED.

Dated: September 8, 2014

_____
KANDIS A. WESTMORE
United States Magistrate Judge