UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KERRY MILL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KMART CORPORATION; SEARS, HOLDINGS MANAGEMENT CORPORATION; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 3:14-cv-14-2749 KAW<br><br>[PROPOSED] ORDER AMENDING THE 09/08/14 ORDER CONTINUING THE (1) CASE MANAGEMENT CONFERENCE AND THE (2) HEARING RE: DEFENDANTS' MOTION TO COMPEL ARBITRATION AND STAY ACTION; (3) MODIFYING THE BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO COMPEL ARBITRATION AND STAY ACTION; AND (4) ALLOWING DEFENDANT AN EXTENSION TO FILE ITS RESPONSIVE PLEADING TO PLAINTIFF'S FIRST AMENDED COMPLAINT<br><br>Judge:   Kandis A. Westmore |

After a showing of good cause, the Parties' September 18, 2014 Stipulation is GRANTED.

The Court hereby AMENDS its September 8, 2014 Order and GRANTS the following:

a) to continue the hearing on the Motion to Compel Arbitration and Stay Action to November 20, 2014;

b) to continue the Case Management Conference to November 25, 2014;

c) to allow Defendants to file their answer to Plaintiff's First Amended Complaint by September 12, 2014;

d) to allow Plaintiff to file its Opposition to Defendants' Motion to Compel Arbitration by September 23, 2014.

e) to allow Defendants until October 3, 2014 to file their Reply in support of Defendants' Motion to Compel Arbitration and Stay Action.

IT IS SO ORDERED.

DATED:  9/22/14

_Kandis Westmore_
Honorable Kandis A. Westmore