UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KERRY MILL,
        Plaintiff,

v.

KMART CORPORATION, et al.,
        Defendants.

Case No. 14-cv-02749-KAW

**ORDER**

On November 26, 2014, the Court granted Defendants' motion to compel arbitration and stay action, and ordered the parties to file a joint status report on or before May 26, 2015, and every three months thereafter until the arbitrator issues a decision. (*See* Dkt. No. 26.) As of the filing of this order, the parties have not provided a joint status report. Accordingly, the parties are hereby ordered to file a joint status report by no later than June 22, 2015.

The parties' failure to comply with this order may be grounds for sanctions.

IT IS SO ORDERED.

Dated: June 15, 2015

_____
KANDIS A. WESTMORE
United States Magistrate Judge